# Exhibit A

## CCPA Privilege Log

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FEDERAL
HUNTINGTON

**JUSTIN K. BLACK,**

    **Plaintiff,**

v.                                          **CIVIL ACTION NO.: 3:22-CV-96**
                                           **HONORABLE ROBERT C. CHAMBERS**

**WEST VIRGINIA STATE POLICE, et al.,**

    **Defendants.**


**NATHAN BARNETT and PHILLIP BARNETT,**

    **Plaintiffs,**

v.                                            **CIVIL ACTION NO.: 3:22-CV-0203**
                                           **HONORABLE ROBERT C. CHAMBERS**

**ANTHONY CUMMINGS, et al.,**

    **Defendants.**

## PRIVILEGE LOG

| Page | Description | Privilege |
|---|---|---|
| CCPA000027 | Handwritten prosecutor's notation regarding Phillip Barnett Pre-Sentence Investigation Report | Attorney-client, Work-Product |
| CCPA000049 | Prosecutor's notes regarding Jury Selection in Barnett Trial | Attorney-client, Work-Product |
| CCPA000050-CCPA000051 | Prosecutor's trial notes regarding Voir Dire | Attorney-client, Work-Product |
| CCPA000052-CCPA000054 | Prosecutor's trial notes regarding Alisha Wiblen | Attorney-client, Work-Product |
| CCPA000055 | Prosecutor's trial notes regarding Candace Day | Attorney-client, Work-Product |
| CCPA000056 | Prosecutor's trial notes regarding Tara Gillespie | Attorney-client, Work-Product |
| CCPA000057 | Prosecutor's trial notes regarding Tessa Wilson | Attorney-client, Work-Product |
| CCPA000058 | Prosecutor's trial notes regarding Ben Hatfield | Attorney-client, Work-Product |

| | | |
|---|---|---|
| CCPA000059 | Prosecutor's trial notes regarding Sherry Fulkner | Attorney-client, Work-Product |
| CCPA000060 | Prosecutor's trial notes regarding Trooper Robert Talkington | Attorney-client, Work-Product |
| CCPA000061 | Prosecutor's trial notes regarding Jessica Carson | Attorney-client, Work-Product |
| CCPA000062 | Prosecutor's trial notes regarding Rachel Fairchild | Attorney-client, Work-Product |
| CCPA000063 | Prosecutor's trial notes regarding Betty Cull | Attorney-client, Work-Product |
| CCPA000064-CCPA000069 | Prosecutor's trial notes regarding Justin Black | Attorney-client, Work-Product |
| CCPA000070-CCPA000074 | Prosecutor's trial notes regarding Prosecution's Opening Statement | Attorney-client, Work-Product |
| CCPA000075-CCPA000076 | Prosecutor's trial notes regarding Defendant Phillip Barnett's Opening Statement | Attorney-client, Work-Product |
| CCPA000077-CCPA000078 | Prosecutor's trial notes regarding Trooper Ken McCord | Attorney-client, Work-Product |
| CCPA000079 | Prosecutor's trial notes | Attorney-client, Work-Product |
| CCPA000080 | Prosecutor's notes regarding witness contact information | Attorney-client, Work-Product |
| CCPA000081 | Prosecutor's trial notes regarding Trial Witness order of presentation | Attorney-client, Work-Product |
| CCPA000082 | Prosecutor's trial notes regarding Defendant Barnett(s) closing arguments | Attorney-client, Work-Product |
| CCPA000083-CCPA000085 | Prosecutor's trial notes regarding Trooper Anthony Cummings | Attorney-client, Work-Product |
| CCPA000086-CCPA000088 | Prosecutor's trial notes regarding Defendant Nathan Barnett's Opening Statement | Attorney-client, Work-Product |
| CCPA000089-CCPA000091 | Prosecutor's trial notes regarding Trooper Anthony Cummings | Attorney-client, Work-Product |
| CCPA000092 | Prosecutor's trial notes regarding Todd Childers | Attorney-client, Work-Product |
| CCPA000093-CCPA000095 | Prosecutor's trial notes regarding Trooper Kimberly Pack | Attorney-client, Work-Product |
| CCPA000096-CCPA000097 | Prosecutor's trial notes regarding Trooper Mike Parde | Attorney-client, Work-Product |
| CCPA000098 | Prosecutor's trial notes regarding Jeff Heaberlin | Attorney-client, Work-Product |
| CCPA000099-CCPA000100 | Prosecutor's trial notes regarding Dr. Mahmoud | Attorney-client, Work-Product |

| CCPA000101-CCPA000102 | Prosecutor's trial notes regarding Jesse Noel | Attorney-client, Work-Product |
|---|---|---|
| CCPA000103 | Prosecutor's trial notes regarding Trooper Ken McCord | Attorney-client, Work-Product |
| CCPA000104 | Prosecutor's trial notes regarding Kevin Nowlin | Attorney-client, Work-Product |
| CCPA000105-CCPA000108 | Prosecutor's trial notes regarding Ashley Newton | Attorney-client, Work-Product |
| CCPA000109 | Prosecutor's trial notes regarding Trooper Anthony Cummings | Attorney-client, Work-Product |
| CCPA000110-CCPA000120 | Prosecutor's trial notes regarding Prosecution's Closing Argument | Attorney-client, Work-Product |
| CCPA000121-CCPA000128 | Prosecutor's trial notes regarding Defendant Barnett(s) Closing Argument | Attorney-client, Work-Product |
| CCPA000129 | Prosecutor's trial notes regarding Jury Deliberations | Attorney-client, Work-Product |
| CCPA000131-CCPA000132 | Prosecutor's trial preparation notes regarding Tara Gillespie | Attorney-client, Work-Product |
| CCPA000133-CCPA000135 | Prosecutor's trial preparation notes regarding Tara Gillespie | Attorney-client, Work-Product |
| CCPA000143-CCPA000144 | Prosecutor's trial preparation notes regarding Kevin Nowlin | Attorney-client, Work-Product |
| CCPA000148-CCPA000152 | Prosecutor's trial preparation notes regarding Brian Dement | Attorney-client, Work-Product |
| CCPA000153 | Prosecutor's trial preparation notes regarding Brian Dement | Attorney-client, Work-Product |
| CCPA000154-CCPA000155 | Prosecutor's trial preparation notes regarding Brian Dement | Attorney-client, Work-Product |
| CCPA000156-CCPA000157 | Prosecutor's trial preparation notes regarding Brian Dement | Attorney-client, Work-Product |
| CCPA000158-CCPA000166 | Prosecutor's Trial Notes regarding Brian Dement | Attorney-client, Work-Product |
| CCPA000167 | Prosecutor's trial preparation notes regarding Brian Dement Statement | Attorney-client, Work-Product |
| CCPA000171 | Prosecutor's trial preparation notes regarding Brian Dement Statement | Attorney-client, Work-Product |
| CCPA000194 | Prosecutor's handwritten notes | Attorney-client, Work-Product |
| CCPA000216 | Prosecutor's handwritten notes | Attorney-client, Work-Product |
| CCPA000228 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000229-CCPA000231 | Prosecutor's trial preparation notes regarding Brian Dement | Attorney-client, Work-Product |

| | | |
|---|---|---|
| CCPA000232 | Prosecutor's trial preparation notes regarding Brian Dement | Attorney-client, Work-Product |
| CCPA000236 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000241-CCPA000243 | Prosecutor's trial preparation notes regarding Brian Dement | Attorney-client, Work-Product |
| CCPA000244-CCPA000256 | Prosecutor's trial preparation notes regarding Justin Black's trial transcript | Attorney-client, Work-Product |
| CCPA000270 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000278 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000281 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000289 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000298 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000299 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000304 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000309 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000311 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000319 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000325-CCPA000328 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000329 | Prosecutor's trial preparation notes regarding Justin Black's trial transcript | Attorney-client, Work-Product |
| CCPA000330 | Prosecutor's Trial Notes regarding Todd Childers | Attorney-client, Work-Product |
| CCPA000331 | Prosecutor's trial preparation notes regarding Todd Childers | Attorney-client, Work-Product |
| CCPA000561 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000562 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000572 | Prosecutor's trial preparation notes regarding Jeff Heaberlin | Attorney-client, Work-Product |
| CCPA000573 | Prosecutor's trial preparation notes regarding Jeff Heaberlin | Attorney-client, Work-Product |

| | | |
|---|---|---|
| CCPA000575-CCPA000576 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000667 | Prosecutor's trial preparation notes regarding Candace Day | Attorney-client, Work-Product |
| CCPA000670-CCPA000671 | Prosecutor's trial preparation notes regarding Tessa Wilson | Attorney-client, Work-Product |
| CCPA000672-CCPA000674 | Prosecutor's trial preparation notes regarding Ashley Newton | Attorney-client, Work-Product |
| CCPA000675 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000677 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000678-CCPA000682 | Prosecutor's trial preparation notes regarding Ashley Newton | Attorney-client, Work-Product |
| CCPA000685 | Prosecutor's trial preparation notes regarding Jessica Noel | Attorney-client, Work-Product |
| CCPA000694 | Prosecutor's trial preparation notes regarding Matthew Beckett | Attorney-client, Work-Product |
| CCPA000695 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA000700-CCPA000701 | Prosecutor's trial preparation notes regarding trial presentation of witnesses | Attorney-client, Work-Product |
| CCPA000715 | Prosecutor's notes regarding contact information for witnesses | Attorney-client, Work-Product |
| CCPA000716 | Prosecutor's trial preparation notes regarding Jason Thompson | Attorney-client, Work-Product |
| CCPA000736 | Prosecutor's notes regarding Barnetts' Motion for Joinder | Attorney-client, Work-Product |
| CCPA000744 | Prosecutor's notes regarding witnesses and background of same | Attorney-client, Work-Product |
| CCPA000748-CCPA000749 | Prosecutor's trial preparation notes regarding David Denoff | Attorney-client, Work-Product |
| CCPA000753-CCPA000755 | Prosecutor's notes regarding Michael St. Clair | Attorney-client, Work-Product |
| CCPA000834 | Prosecutor's File Notations regarding Nathan Barnett | Attorney-client, Work-Product |
| CCPA000846-CCPA000847 | Prosecutor's notes regarding hearing in State v. Nathan Barnett | Attorney-client, Work-Product |
| CCPA000853 | Prosecutor's notes regarding pretrial hearing in State v. Nathan Barnett | Attorney-client, Work-Product |
| CCPA000870 | Prosecutor's File Notations regarding Phillip Barnett | Attorney-client, Work-Product |
| CCPA000888 | Prosecutor's notes regarding pretrial hearing in State v. Phillip Barnett | Attorney-client, Work-Product |

| | | |
|---|---|---|
| CCPA000910 | Prosecutor's Office Notes | Attorney-client, Work-Product |
| CCPA000980 | Prosecutor's Office Notes | Attorney-client, Work-Product |
| CCPA001027 | Prosecutor's notes regarding John Black | Attorney-client, Work-Product |
| CCPA001028 | Prosecutor's Trial preparation Notes | Attorney-client, Work-Product |
| CCPA001032 | Prosecutor's notes regarding John Vinton | Attorney-client, Work-Product |
| CCPA001049 | Prosecutor's notes regarding Trooper Anthony Cummings | Attorney-client, Work-Product |
| CCPA001152-CCPA001161 | Prosecutor's notes regarding Greg Bailey | Attorney-client, Work-Product |
| CCPA001162-CCPA001166 | Prosecutor's notes regarding Kelly Bailey | Attorney-client, Work-Product |
| CCPA001167 | Prosecutor's notes regarding Brittany Wolfe | Attorney-client, Work-Product |
| CCPA001168-CCPA001192 | Prosecutor's notes regarding Justin Black Suppression Hearing | Attorney-client, Work-Product |
| CCPA001286 | Prosecutor's notes regarding Justin Black Suppression motion | Attorney-client, Work-Product |
| CCPA001188 | Prosecutor's notes regarding Justin Black Suppression motion | Attorney-client, Work-Product |
| CCPA001310 | Prosecutor's notes regarding Justin Black Suppression motion | Attorney-client, Work-Product |
| CCPA001324 | Prosecutor's notes regarding Justin Black Suppression motion | Attorney-client, Work-Product |
| CCPA001328 | Prosecutor's notes regarding Justin Black Suppression motion | Attorney-client, Work-Product |
| CCPA001333 | Prosecutor's notes regarding Justin Black Suppression motion | Attorney-client, Work-Product |
| CCPA001335 | Prosecutor's notes regarding Justin Black Suppression motion | Attorney-client, Work-Product |
| CCPA001412-CCPA001413 | Prosecutor's File Notations regarding Justin Black | Attorney-client, Work-Product |
| CCPA001414 | Prosecutor's trial preparation notes regarding witnesses listed by Defendants | Attorney-client, Work-Product |
| CCPA001433-CCPA001434 | Prosecutor's trial preparation notes regarding to-do list | Attorney-client, Work-Product |
| CCPA001437 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA001438 | Prosecutor's trial preparation notes regarding Medical Examiner's Office | Attorney-client, Work-Product |

| CCPA001476 | Prosecutor's notes regarding State v. Black motions hearing | Attorney-client, Work-Product |
| CCPA001479 | Prosecutor's notes regarding State v. Black hearing | Attorney-client, Work-Product |
| CCPA001503 | Prosecutor's notes regarding State v. Black pretrial hearing | Attorney-client, Work-Product |
| CCPA001535 | Prosecutor's trial notes regarding jury deliberations in State v. Barnett | Attorney-client, Work-Product |
| CCPA001536-CCPA001538 | Prosecutor's trial preparation notes regarding witness scheduling | Attorney-client, Work-Product |
| CCPA001543-CCPA001544 | Prosecutor's trial preparation notes regarding trial witnesses | Attorney-client, Work-Product |
| CCPA001545-CCPA001546 | Prosecutor's trial notes regarding Brian Dement | Attorney-client, Work-Product |
| CCPA001547-CCPA001548 | Prosecutor's trial notes regarding Tara Gillespie | Attorney-client, Work-Product |
| CCPA001549 | Prosecutor's trial notes regarding Kevin Nowlin | Attorney-client, Work-Product |
| CCPA001550 | Prosecutor's trial notes regarding Trooper Ken McCord | Attorney-client, Work-Product |
| CCPA001563-CCPA001565 | Prosecutor's trial notes regarding Defendant Phillip Barnett's closing argument | Attorney-client, Work-Product |
| CCPA001566-CCPA001567 | Prosecutor's trial notes regarding Defendant Nathan Barnett's closing argument | Attorney-client, Work-Product |
| CCPA001568-CCPA001570 | Prosecutor's trial notes regarding Prosecutor's closing arguments in State v. Barnett | Attorney-client, Work-Product |
| CCPA001571-CCPA001577 | Prosecutor's trial notes regarding Prosecutor's closing arguments in State v. Black | Attorney-client, Work-Product |
| CCPA001578-CCPA001582 | Prosecutor's trial notes regarding Brian Dement | Attorney-client, Work-Product |
| CCPA001583 | Prosecutor's trial notes regarding Defendant Nathan Barnett's opening statement | Attorney-client, Work-Product |
| CCPA001584-CCPA001585 | Prosecutor's trial notes regarding Trooper Anthony Cummings | Attorney-client, Work-Product |
| CCPA001586-CCPA001587 | Prosecutor's trial notes regarding Dr. Mahmoud | Attorney-client, Work-Product |
| CCPA001588 | Prosecutor's trial notes regarding Ashley Newton | Attorney-client, Work-Product |
| CCPA001606 | Prosecutor's notes regarding arguments to present at hearing | Attorney-client, Work-Product |

| CCPA001609-CCPA001616 | Prosecutor's trial notes | Attorney-client, Work-Product |
|---|---|---|
| CCPA001617-CCPA001620 | Prosecutor's trial notes regarding Prosecutor's opening statement | Attorney-client, Work-Product |
| CCPA001621 | Prosecutor's trial notes regarding voir dire | Attorney-client, Work-Product |
| CCPA001659-CCPA001660 | Prosecutor's trial preparation notes regarding Justin Black's trial transcript | Attorney-client, Work-Product |
| CCPA001661-CCPA001662 | Prosecutor's trial preparation notes regarding Betty Cull | Attorney-client, Work-Product |
| CCPA001663 | Prosecutor's notes regarding possible trial witnesses | Attorney-client, Work-Product |
| CCPA001919-CCPA001921 | Prosecutor's trial notes regarding Alisha Wiblen | Attorney-client, Work-Product |
| CCPA001922-CCPA001924 | Prosecutor's trial notes regarding Alisha Wiblen | Attorney-client, Work-Product |
| CCPA001926 | Prosecutor's Office notes regarding scheduling interview of Trooper McCord | Attorney-client, Work-Product |
| CCPA001951 | Prosecutor's notes regarding hearing in State v. Nathan Barnett and Phillip Barnett | Attorney-client, Work-Product |
| CCPA002318 | Prosecutor's notes regarding witnesses | Attorney-client, Work-Product |
| CCPA002377-CCPA002379 | Prosecutor's trial notes regarding Trooper Ken McCord | Attorney-client, Work-Product |
| CCPA002380 | Prosecutor's trial notes regarding Candace Day | Attorney-client, Work-Product |
| CCPA002381-CCPA002382 | Prosecutor's trial notes regarding Scott Harbour | Attorney-client, Work-Product |
| CCPA002383 | Prosecutor's trial preparation notes regarding Tessa Wilson | Attorney-client, Work-Product |
| CCPA002384 | Prosecutor's trial preparation notes regarding Tara Gillespie and Jessie Noel | Attorney-client, Work-Product |
| CCPA002385 | Prosecutor's trial preparation notes regarding meetings with witnesses | Attorney-client, Work-Product |
| CCPA002386-CCPA002388 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |
| CCPA002389 | Prosecutor's trial preparation notes regarding meetings with witnesses | Attorney-client, Work-Product |
| CCPA002390 | Prosecutor's trial notes regarding Trial Witness order of presentation | Attorney-client, Work-Product |
| CCPA002392 | Prosecutor's trial preparation notations | Attorney-client, Work-Product |

| | | |
|---|---|---|
| CCPA002394 | Prosecutor's trial preparation notations | Attorney-client, Work-Product |
| CCPA002395 | Prosecutor's trial preparation notations | Attorney-client, Work-Product |
| CCPA002420-CCPA002422 | Prosecutor's trial preparation notes regarding Trooper Kim Pack | Attorney-client, Work-Product |
| CCPA002876 | Prosecutor's trial preparation notes | Attorney-client, Work-Product |