## CERTIFICATE OF SERVICE

I, Alyssa Isidoridy, hereby certify that I caused a true and correct copy of the foregoing Motion to Compel Defendants Anthony Cummings, Greg Losh, Kimberly Pack, Mike Parde, and Eddie Blankenship to Produce Unredacted Documents from the Cabell County Prosecuting Attorney's Office, with all accompanying exhibits, upon counsel of record for all parties by filing it on ECF on November 28, 2022.

Respectfully,

_/s/ Alyssa Isidoridy_
Alyssa Isidoridy, *pro hac vice*
KAUFMAN LIEB LEBOWITZ & FRICK LLP
18 East 48th Street, Suite 802
New York, NY 10017
(212) 660-2332
aisidoridy@kllf-law.com